1  Kenneth F. Jones

2  P.O. Box 89 / 65401 Cross Road

3  Lockwood, California 93932-0089

4  Phone (831) 236-3890

5

6  IN PRO PER

7

8

9

*RECEIVED JUL 19 2015 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| Ken Jones, | ) appeal case number C-15-03098 EJD |
| APPELLANT t | ) |
| | ) **(PROPOSED) ORDER FOR EXTENDING APPEAL BRIEF FILING DATE** |
| U.S. Bank National Association | ) |
| WELLS FARGO BANK, | ) |
| Citibank N.A., And DOES 3 through 20, inclusive | ) |
| | ) Judge Honorable Edward J. Davila |
| Defendants | ) |

This matter came on before the undersigned on ___August 21___ 2015.

It is therefore ordered that the due date for appellant's brief be extended to ___September 21 2015___.

.

1

1
2  So ordered on this date_____August 21,_____2015.
3
4                                          The Honorable Edward J. Davila
5                                          U.S. District Court
6                                          Northern District of California
7                                          San Jose
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONES,<br><br>          Plaintiff,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>          Defendant. | Case No.  5:15-cv-03098-EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/21/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Kenneth F. Jones
    P. O. Box 89/65401 Cross Road
    Lockwood, CA 93932-0089

Dated: 8/21/2015

                                    Richard W. Wieking
                                    Clerk, United States District Court

                                    By:_/s/ Elizabeth C. Garcia_____
                                    Elizabeth Garcia, Deputy Clerk to the
                                    Honorable EDWARD J. DAVILA