UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>KEN JONES,<br><br>        Debtor.<br><br>KEN JONES,<br><br>        Appellant,<br><br>   v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>        Respondent. | Case No.  5:15-cv-03098-EJD<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE APPEAL BRIEF**<br><br>Re: Dkt. No. 33 |

Presently before the court is a document entitled "Appellant Ken Jones Report of Docket Problems and Request for Guidance," which was filed by Appellant on September 18, 2015. See Docket Item No. 33. The purpose of the document is not entirely clear. To the extent he requests guidance on the arrangement of his appellate brief or any part of the record, missing or otherwise, the court cannot oblige.

Instead, the court construes Appellant's filing as a motion for an extension of time to file the appeal brief. As so construed, the motion is GRANTED. Appellant's brief shall be filed on or before **October 16, 2015.** Appellant is notified that no further extensions will be permitted.

**IT IS SO ORDERED.**

Dated:  September 29, 2015

                                                EDWARD J. DAVILA
                                                United States District Judge