UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE:

KEN JONES,

        Debtor.

KEN JONES,

        Appellant,

    v.

U.S. BANK NATIONAL ASSOCIATION,

        Respondent.

Case No. 5:15-cv-03098-EJD

**ORDER RE: STATUTE UPDATE**

On October 9, 2015, the court granted Defendant's motion to stay this action until December 29, 2015, in order to allow the bankruptcy court to approve a compromise between Defendant and the bankruptcy trustee which contemplated the dismissal of this appeal. See Docket Item No. 37. To date, however, the court has not received a further update on the compromise, and the appeal has not dismissed.

Accordingly, on or before **January 8, 2016**, Defendant shall file a brief notice which provides the status of the compromise, whether such compromise was approved, and, if approved,

1

Case No.: 5:15-cv-03098-EJD
ORDER RE: STATUS UPDATE

when Defendant expects a dismissal of this action will be filed.

**IT IS SO ORDERED.**

Dated: January 5, 2016

EDWARD J. DAVILA
United States District Judge