UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>KEN JONES,<br>　　　　　Debtor.<br><br><br>KEN JONES,<br>　　　　　Appellant,<br>　　v.<br>U.S. BANK NATIONAL ASSOCIATION,<br>　　　　　Respondent. | Case No. 5:15-cv-03098-EJD<br><br>**ORDER STAYING CASE** |

Having reviewed the status update filed on January 6, 2016 (Docket Item No. 39), the court finds it appropriate to maintain the stay previously imposed in favor of further bankruptcy proceedings.

Accordingly, this action is STAYED in its entirety until **March 7, 2016,** during which time neither party is obligated to file briefing on this appeal. If this action is not dismissed prior to such time, Respondent U.S. Bank National Association shall file, on or before **March 11, 2016**, a brief notice which provides the status of the new compromise, whether such compromise has been approved, and, if approved, when a dismissal of this action is expected.

**IT IS SO ORDERED.**

Dated: January 7, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 5:15-cv-03098-EJD
ORDER STAYING CASE